# Exhibit "C"

| | LOAN NUMBER | ACCT. NUMBER | NOTE DATE | NOTE AMOUNT | MATURITY DATE |
|---|---|---|---|---|---|
| **PRIOR OBLIGATION INFORMATION** | ▨4137 | | 01/10/24 | $2,000,000.00 | 01/10/28 |

| | LOAN NUMBER | ACCT. NUMBER | MODIFICATION DATE | NOTE AMOUNT |
|---|---|---|---|---|
| **AMENDED OBLIGATION INFORMATION** | ▨4137 | 0 | June 28, 2024 | $1,931,584.18 |
| | **MATURITY DATE** | **INDEX (w/margin)** | **INTEREST RATE** | **INITIALS** |
| | 01/10/28 | First Phase - Not Applicable  Second Phase - Not Applicable | First Phase - 10.000%  Second Phase - 10.000% | KCJ |
| | | | **Creditor Use Only** | |

# DEBT MODIFICATION AGREEMENT

**DATE AND PARTIES.** The date of this Debt Modification Agreement (Modification) is June 28, 2024. The parties and their addresses are:

**LENDER:**
    **UBANK**
    6120 S Broadway Ave
    Tyler, TX  75703
    Telephone:  (903) 597-2722

**BORROWER:**
    **FORENSIC STAT LABORATORY INC**
    a Florida Corporation
    8849 Canterbury Cove Court
    Jacksonville, FL 32256

1. **DEFINITIONS.** In this Modification, these terms have the following meanings:

    **A. Pronouns.** The pronouns "I," "me," and "my" refer to each Borrower signing this Modification and each other person or legal entity (including guarantors, endorsers, and sureties) who agrees to pay this Loan. "You" and "your" refer to the Lender, with its participants or syndicators, successors and assigns, or any person or entity that acquires an interest in the Modification or the Prior Obligation.

    **B. Amended Obligation.** Amended Obligation is the resulting agreement that is created when the Modification amends the Prior Obligation. It is described above in the AMENDED OBLIGATION INFORMATION section.

    **C. Loan.** Loan refers to this transaction generally. It includes the obligations and duties arising from the terms of all documents prepared or submitted in association with the Prior Obligation and this modification, such as applications, security agreements, disclosures, notes, agreements, and this Modification.

    **D. Modification.** Modification refers to this Debt Modification Agreement.

    **E. Prior Obligation.** Prior Obligation refers to my original agreement described above in the PRIOR OBLIGATION INFORMATION section, and any subsequent extensions, renewals, modifications or substitutions of it.

**2. BACKGROUND.** You and I have previously entered into a Prior Obligation. As of the date of this Modification, the outstanding, unpaid balance of the Prior Obligation is $1,994,527.89. Conditions have changed since the execution of the Prior Obligation instruments. In response, and for value received, you and I agree to modify the terms of the Prior Obligation, as provided for in this Modification.

**3. CONTINUATION OF TERMS.** I agree and understand that all other terms and provisions in the Prior Obligation survive and continue in full force and effect, except to the extent that they are specifically and expressly amended by this Modification. The express amendment of a term does not amend related or other terms - even if the related or other terms are contained in the same section or paragraph of the Prior Obligation. For illustration purposes only, a modification of the interest rate to be paid during the term of the loan would not modify the default rate of interest even though both of those terms are described in the Prior Obligation in a common section titled "Interest". The term "Prior Obligation" includes the original instrument and any modifications prior to this Modification.

**4. TERMS.** The Prior Obligation is modified as follows:

**A. Payments.** The payment provision is modified to read:

**(1)** PAYMENT. I agree to pay the Loan on demand, but if no demand is made, I agree to pay the Loan in **46** installment payments. During the first phase of the Loan I will make **4** payments of accrued interest beginning April 10, 2024, and then on the 10th day of each month thereafter, until July 10, 2024.

Then, I agree to make **42** installment payments during the second phase of the Loan. A payment of **$54,696.32** will be due August 10, 2024, and on the 10th day of each month thereafter. A final payment of the entire unpaid balance of Principal and interest will be due January 10, 2028.

Payments will be rounded down to the nearest $.01. With the final payment I also agree to pay any additional fees or charges owing and the amount of any advances you have made to others on my behalf. Payments scheduled to be paid on the 29th, 30th or 31st day of a month that contains no such day will, instead, be made on the last day of such month.

**B. Security.** The security provision is modified to read:

**(1)** Existing Collateral Added. The following previously executed security instruments or agreements are added as security for the Amended Obligation: Security Agreement between Forensic Stat Laboratory Inc. and UBank dated March 10, 2022
Security Agreement between Forensic Stat Laboratory Inc. and UBank dated March 10, 2023
.

**C. Fees and Charges.** As additional consideration for your consent to enter into this Modification, I agree to pay, or have paid these additional fees and charges:

**(1)** Nonrefundable Fees and Charges. The following fees are earned when collected and will not be refunded if I prepay the Loan before the scheduled maturity date.

Processing Fee. A(n) Processing Fee fee of $400.00 payable from separate funds on or before today's date.

**(2)** Late Charge. If a payment is more than **10** days late, I will be charged **5.000** percent of the Amount of Payment. I will pay this late charge promptly but only once for each late payment.

**(3)** Returned Payment Charge. I agree to pay a fee not to exceed $10.00 for each check, electronic payment, negotiable order of withdrawal or draft I issue in connection with the Loan that is returned because it has been dishonored.

**5. WAIVER.** I waive all claims, defenses, setoffs, or counterclaims relating to the Prior Obligation, or any document securing the Prior Obligation, that I may have. Any party to the Prior Obligation that does not sign this Modification, shall remain liable under the terms of the Prior Obligation unless released in writing by you.

**6. REASON(S) FOR MODIFICATION.** Convert the April through July payments to interest only

**7. ADDITIONAL TERMS.** Negative Covenant: Borrowing Entity to notify UBank prior to incurring any new debt.
UBank DDA to be maintained for the life of the loan
Modification: If the loan is modified in any way, for the life of the loan, UBank shall be entitled to assess a modification fee of up to 1% of the balance or commitment of the loan.





> **THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND, TO THE EXTENT PERMITTED BY LAW, MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.**
>
> **THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.**

**8. SIGNATURES.** By signing, I agree to the terms contained in this Modification. I also acknowledge receipt of a copy of this Modification.


**BORROWER:**

Forensic Stat Laboratory Inc

By _____Madhukar Sharma_____
Madhukar Sharma, Member

Date _____


**LENDER:**

UBank

By _____Austin Bell_____
Kristi Johnston, Market President

Date _____


**ACKNOWLEDGMENT AND CONSENT BY GUARANTOR.**

I agree to the terms contained in this Modification and acknowledge receipt of a copy of this Modification.


_____Madhukar Sharma_____
Madhukar Sharma

Date _____


_____
Giancarlo Gasparini

Date _____



Forensic Stat Laboratory Inc
Debt Modification Agreement
TX/4XJCORTEZ0000000000003267012N

Wolters Kluwer Financial Services, Inc.©1996, 2024 Bankers Systems™

Initials _____
Page 3