# **Exhibit "J"**

| Valenex Lab Inv List | | | | |
|---|---|---|---|---|
| | | | | |
| Equipment | Qty | Model# | Serial# | Value$ |
| Beckman AU480 - Chem (Leased) | 1 | AU480 | Sys ID: 48052804 | 29,211 |
| Beckman DxH 800 - Hematology (Leased) | 1 | DxH800 | Sys ID: 60246982 | 2,093 |
| Beckman Access2 - ImmunoChem (Leased) | 1 | Access2 | Sys ID: 60496051 | 17000 |
| Refrigerator | 1 | 69K-055 | 6017250 | 674.99 |
| Haier Fridge | 1 | HSP03WNAWW-02 | BA0140E0R00BD54R0172 | 115 |
| Danby Fridge (Personal Use) | 1 | DFF100C1BSLDB | | 669.99 |
| Fridgidaire | 1 | FFTR1814TW | | 674 |
| Freezer (-20 to -70 deg C) | 1 | WZF34X 160WOO | U50703801 | 17000 |
| K2 Scientific Freezer | 1 | | D4330D0T01K72028 | 3,075 |
| Siemens Clinitek Status - Urinalysis | 1 | 10379675 | 288423 | 2140 |
| Siemens DCA Vantage - Hemoglobin A1C | 1 | 10282969 | S072841 | 2,850 |
| Polymedco Sed Rate | 1 | Sedmat 15 Plus | 4913 | 3,120 |
| Microscope | 1 | Eclipse Ci-L | 707094 | 1800 |
| Test Tube Rocker | 2 | L-TTR-200 | TT15081509157 | 675 |
| Balance - Vibra | 1 | HT224R | 141996187 | 1100 |
| 49 x 24 Inch NSF Stainless Steel Prep Table w/ Undershelf | 1 | SHE18308 | | 205 |
| Seville Classics 3-Tier NSF Utility Cart | 2 | SHE18304 | | 108 |
| 8' Stainless Steel tables | 3 | | | 299 |
| 6' Stainless Steel tables w/open frame | 1 | | | 249 |
| 6' Stainless Steel tables w/closed frame | 1 | | | 249 |
| Desks/workstations | 3 | | | 250 |
| Ductless Fumehood | 1 | | P80034 | 6,890.00 |
| ABI 7500 DX Fast | 1 | 7500 | 275032172 | 75,000 |
| ABI 7500 | 1 | 7500 | 275103585 | 65000 |
| ABI 7500 | 1 | 7500 | 275010675 | 65000 |
| ABI 7300 | 1 | 7300 | 273002834 | 24000 |
| Pcr Reagents | 35 | @2100 | | 73,500 |
| Quant Studio 5 | 1 | | 2572531271 | 110,000.00 |

| | | | | |
|---|---|---|---|---|
| SNT Biotech VTM Swab&Tube 100pc/box | 38,650 | @1.8 | | 69,570.00 |
| Applied Biosystems 96-well 0.1mL Reaction Plate 10 plates/box | 21 | 4346907 | | 18,000.00 |
| Pcr Reagents | 53 | @2100 | | 111,300 |
| Microlitrbo Pipete 10ml | 1 | | 20200832 | 60 |
| Microlitrbo Pipette 1000ul | 1 | | 20201568 | 80 |
| Microlitrbo Pipette 1000ul | 1 | | 19408296 | 80 |
| Microlitrbo Pipette 1000ul | 1 | | 20101713 | 80 |
| Microlitrbo Pipette 1000ul | 1 | | 20202612 | 80 |
| Microlitrbo Pipette 100ul | 1 | | 20202155 | 80 |
| Microlitrbo 10ul | 1 | | 20202253 | 60 |
| ONiIAB Pipette 200ul | 1 | | YE215AS0220278 | 65 |
| eppendorf pipette 1000ul | 1 | | O447901 | 3456 |
| eppendorf pipette 200ul | 1 | | P26286F | 249 |
| eppendorf pipette 10ul | 1 | | O535111 | 249 |
| eppendorf pipette 100ul | 1 | | O484551 | 249 |
| Walter multichannel pipette 10ul | 2 | | P01010401108 | 875 |
| Walter multichannel pipette 200ul | 10 | | | 6600 |
| | | | | 714,081 |
| | | | | |
| | | | | 1,428,162 |