**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:25-cv-22594-BB**

UBANK, a Texas state-chartered
financial institution,

Plaintiff,

v.

FORENSIC STAT LABORATORY INC., a
Florida Corporation, MADHUKAR SHARMA,
an individual, and
GIANCARLO GASPARINI, an individual

Defendants.

_______________________________________________/

**NOTICE OF LIS PENDENS (PERSONAL PROPERTY – UCC COLLATERAL)**

NOTICE IS HEREBY GIVEN that a civil action is now pending in the United States District Court for the Southern District of Florida, styled as above, wherein the Plaintiff asserts claims affecting title to, or a security interest in, certain personal property described in a UCC-1 Financing Statement filed with the Florida Secured Transaction Registry.

The UCC-1 Financing Statement was filed on **March 24, 2022**, under Filing Number 202200942972, naming Forensic Stat Laboratory, Inc. as Debtor, and UBank as Secured Party.

**DESCRIPTION OF PERSONAL PROPERTY SUBJECT TO THIS NOTICE**

The personal property at issue includes, without limitation:

**All present and future right, title and interest in and to any and all personal property of the Debtor, whether such property is now existing or hereafter created, acquired or arising and wherever located from time to time, including without limitation, the following categories of**


**EPGD ATTORNEYS AT LAW, P.A.**
777 SW 37th Ave, Ste. 510, Miami, Florida 33135 • T: (786) 837-6787 | F: (305) 718-0687 • www.epgdlaw.com

**property as defined in the Revised Article 9 of the Uniform Commercial Code(the "UCC"): goods (including inventory, equipment, fixtures, farm products and any accessions thereto), instruments (including promissory notes), documents, accounts (including health-care-insurance receivables), chattel paper (whether tangible or electronic), deposit accounts, letter-of-credit rights (whether or not the letter-of-credit is evidenced by a writing), commercial tort claims, securities and all other investment property, general intangibles (including payment intangibles and software), all supporting obligations and all proceeds, products, additions, accession, substitutions and replacements of the foregoing property.**

This Notice of Lis Pendens is filed in accordance with applicable law, including Florida Statutes § 48.23, to give notice of the pendency of the above-styled federal action and the claims asserted by Plaintiff regarding an interest in the referenced personal property. This Notice is intended to place all interested parties on notice and to preserve the status of the property pending resolution of this litigation.

Dated: June 27, 2025.

Respectfully submitted,

EPGD ATTORNEYS AT LAW, P.A.
*Attorneys for UBank*
777 SW 37th Ave. Ste. 510
Miami, FL 33135
T: (786) 837-6787
F: (305) 718-0687
sarah@epgdlaw.com

BY: *<u>/s/ Sarah Denis</u>*
Sarah Denis, Esq.
Florida Bar No.: 1010695

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

BY: *<u>/s/ Sarah Denis</u>*
Sarah Denis, Esq.
Florida Bar No.: 1010695