**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-22594-BLOOM/Elfenbein**

UBANK,

Plaintiff,

v.

FORENSIC STAT LABORATORY INC., MADHUKAR SHARMA, and GIANCARLO GASPARINI,

Defendants.
_________________________________________/

**FINAL JUDGMENT**

**THIS CAUSE** is before the upon a *sua sponte* review of the record. On May 15, 2026, the Court granted summary judgment in favor of Plaintiff and against Defendants. ECF No. [47]. The Court indicated that, pursuant to Federal Rule of Civil Procedure 58, judgment would be entered separately upon the Court's receipt of Plaintiff's accounting of the fees and costs to be awarded. *Id.* at 24–25. Plaintiff has submitted such an accounting. ECF Nos. [48] and [49]. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, for (i) the accelerated balance remaining on the Note of $1,931,584.18, (ii) accrued interest in the amount of $345,545.71 as of April 21, 2026 and continuing to accrue at a rate of $536.5512 per day until the date of judgment, (iii) late fees of $37,398.30, (iv) an appraisal fee in the amount of $6,250.00, and (v) attorneys' fees and taxable and nontaxable costs of $264,803.86, *see* ECF No. [51], for which sum let execution issue.
2. Judgment is entered in favor of Plaintiff on Plaintiff's claim for Replevin of the

Collateral/Equipment, identified in Exhibit J to Plaintiff's Complaint, ECF No. [1-14]. Plaintiff is awarded the immediate right of possession of the Collateral/Equipment identified in Exhibit J of Plaintiff's Complaint, ECF No. [1-14]. The Clerk of Court shall issue a writ of possession. If the Collateral/Equipment is replevied, its value shall be set off against the final money judgment.

3. Plaintiff holds a lien on the Personal Property/Equipment for the total sum of the debt claimed under the Loan Documents, which lien is superior to any claim or interest of all Defendants and all persons claiming by, through, under or against these Defendants.
4. Judgment is entered in favor of Plaintiff to foreclose on its security interest in Personal Property/Equipment.
5. If the sum owed to Plaintiff is not paid by **August 24, 2026**, the Personal Property/Equipment shall be sold to satisfy Plaintiff's claims. In the event the proceeds from the foreclosure sale are insufficient to satisfy Plaintiff's claim, an award of deficiency judgment shall be entered against any Defendants responsible therefor.
6. The Clerk of Court is directed to **CLOSE** this case.
7. The Court shall retain jurisdiction over this matter to enforce the terms of this final judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 26, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record