**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 1:25-cv-22594**

UBANK, a Texas state-chartered
financial institution,

Plaintiff,

v.

FORENSIC STAT LABORATORY INC., a
Florida Corporation, MADHUKAR SHARMA,
an individual, and GIANCARLO GASPARINI,
an individual,

Defendants.
_____________________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS**
**TO COUNT V OF THE COMPLAINT ONLY**

Plaintiff, UBank, a Texas state-chartered financial institution ("Plaintiff"), by and through its undersigned counsel, and pursuant to the applicable Federal Rules of Civil Procedure, hereby files its Notice of Voluntary Dismissal without Prejudice as to Count V Only, against Defendants, Forensic Stat Laboratory Inc., Madhukar Sharma, and Giancarlo Gasparini.

Dated: May 26, 2026.

Respectfully submitted,

EPGD ATTORNEYS AT LAW, P.A.
*Attorneys for Plaintiff*
777 SW 37th Ave, Fifth floor
Miami, FL 33135
T: (786) 837-6787
F: (305) 718-0687
sarah@epgdlaw.com

BY: /s/ *Sarah Denis*
Sarah Denis, Esq.
Florida Bar No.: 1010695

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

BY: /s/ *Sarah Denis*
Sarah Denis, Esq.
Florida Bar No.: 1010695


**EPGD ATTORNEYS AT LAW, P.A.**
777 SW 37th Ave, Fifth floor, Miami, Florida 33135 • T: (786) 837-6787 | F: (305) 718-0687 • www.epgdlaw.com