**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-22594-BLOOM/Elfenbein**

UBANK,

Plaintiff,

v.

FORENSIC STAT LABORATORY INC.,
MADHUKAR SHARMA, and GIANCARLO
GASPARINI,

Defendants.
_________________________________/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal without Prejudice as to Count V of the Complaint Only, ECF No. [53] ("Notice"), filed on May 26, 2026. The Notice indicates that Plaintiff is voluntarily dismissing the one Count not already resolved by the Court's Order Granting Summary Judgment, ECF No. [47]. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [53]**, is **APPROVED** and **ADOPTED**;
2. In light of the Court's resolution of the remaining Counts, the above-styled case is **DISMISSED WITHOUT PREJUDICE;**
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 27, 2026.



**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record