**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:25-CV-22594-BB**

UBANK, a Texas state-chartered
financial institution,

Plaintiff,

v.

GIANCARLO GASPARINI, an individual, and
GG16 LLC, a Montana limited liability company,
and LUIS GASPARINI, Sr., an individual,

Defendants.
_______________________________________________/

**PLAINTIFF UBANK'S MOTION TO DETERMINE JOINT AND SEVERAL LIABILITY ON DEFAULT, OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR DEFAULT FINAL JUDGMENT**

Plaintiff, UBank, a Texas state-chartered financial institution ("UBank" or "Plaintiff"), by and through the undersigned counsel, pursuant to the Court's Standing Order on Default Procedures, hereby files this Motion to Determine Joint and Several Liability on Default, or, in the Alternative, Motion for Extension of Time to File Motion for Default Final Judgment against Defendant Giancarlo Gasparini, an individual ("Giancarlo" or "Defendant"), and in support thereof states:

1. On July 31, 2026, Plaintiff filed a Motion to Commence Proceedings Supplementary and for Leave to File Supplemental Complaints in Accordance with Section 56.29(9), Florida Statutes. ECF 95.


**EPGD ATTORNEYS AT LAW, P.A.**
777 SW 37th Ave., Fifth Floor, Miami, FL 33135 • T: 786-837-6787 | F: 305-239-3640

2. On August 2, 2026, the Court entered *Order on Ex Parte Motion to Commence Proceedings Supplementary and for Leave to File Supplemental Complaints* ("Order"). ECF 96. The Order stated in relevant part:

> Accordingly, it is **ORDERED AND ADJUDGED** as follows:
> a. UBank's Motion, **ECF No. [95]**, is **GRANTED**.
> b. UBank is permitted to initiate the supplemental complaints attached to the Motion, ECF Nos. [95-4] and [95-5], which shall be deemed filed as of the date herein.
> c. The Clerk of Court is directed to docket the supplemental complaints under the same case number assigned to the original complaint filed by UBank, ECF No. [1].
> d. UBank is directed to file proposed summonses. The Clerk of Court is directed to issue summonses to Cration LLC, GG16 LLC, and Luis Gasparini, Sr. as provided by the Federal Rules of Civil Procedure.
> e. UBank is directed to serve Cration LLC, GG16 LLC, and Luis Gasparini, Sr. as provided by the Federal Rules of Civil Procedure.

ECF 96, pg. 4 of 5.

3. Plaintiff filed the Complaint in Proceedings Supplementary against Defendant Giancarlo, Third-Party Defendants Luis Gasparini, Sr., individually ("Luis") and GG16 LLC, a Montana limited liability company ("GG16") (collectively, "Defendants"), to avoid and recover fraudulent transfers on property pursuant to Florida Statutes Chapter 726 and Florida Statute 56.29, on August 2, 2026 (the "Complaint"). ECF No. 97.

4. Specifically, the Complaint asserts six counts seeking to avoid and recover fraudulent asset transfers made by judgment debtor Giancarlo to hinder, delay, or defraud Plaintiff: Counts I and II assert claims for actual fraudulent transfer under Section 726.105(1)(a) of the Florida Statutes against Giancarlo and Luis regarding shares in Euro Exchange Corporation and luxury watches, and against Giancarlo and GG16 regarding two Ferraris (an 812 Superfast and an SF90); Counts III and IV assert claims for constructive fraudulent transfer under Section 726.105(1)(b)(2) against Giancarlo and Luis, and Giancarlo and GG16, respectively, alleging that

Giancarlo received less than reasonably equivalent value for these assets while incurring debts beyond his ability to pay; and Counts V and VI assert claims for constructive fraudulent transfer under Section 726.106(1) against Giancarlo and Luis, and Giancarlo and GG16, respectively, alleging that Giancarlo was insolvent at the time of the transfers or became insolvent as a result thereof while receiving less than reasonably equivalent value. Across all counts, Plaintiff seeks judgment avoiding the subject transfers, entering money judgments against transferees Luis and GG16, authorizing execution levies against Luis and GG16 to satisfy the money judgments, and awarding applicable statutory attorneys' fees and costs pursuant to Florida Statutes Section 56.29(8), as applicable.

5. On October 13, 2026, the Court entered the Order on Default Procedures. ECF 121.

6. Pursuant to the Order on Default Procedures, Giancarlo was required to respond to the Complaint on or before October 16, 2026.

7. On October 16, 2026, Defendant GG16 filed its Answer and Affirmative Defenses [ECF No. 134], asserting seven affirmative defenses including failure to state a claim, acquisition for reasonably equivalent value, good-faith transferee status, lack of actual fraudulent intent, non-insider status, statute of limitations/repose, and statutory limitations on value recovery.

8. Defendant Giancarlo failed to file an answer, response, or otherwise appear by the October 16, 2026 deadline.

9. On October 15, 2026, Plaintiff effectuated alternate service of process on Third-Party Defendant Luis via email pursuant to the Court's Order Authorizing Alternate Service [ECF No. 132], as reflected in the Proof of Service filed on October 19, 2026 [ECF No. 139].

10. On October 19, 2026, Plaintiff filed a Motion for Clerk's Default against Defendant Giancarlo, and a Clerk's Default was entered on October 20, 2026 [ECF No. 145].


**EPGD ATTORNEYS AT LAW, P.A.**
777 SW 37th Ave., Fifth Floor, Miami, FL 33135 • T: 786-837-6787 | F: 305-239-3640

11. Pursuant to Fed. R. Civ. P. 12, Defendant Luis's deadline to answer or otherwise respond to the Complaint is November 5, 2026, and he has not yet filed a response or pleading to the Complaint.

**MEMORANDUM OF LAW & ARGUMENT**

12. Pursuant to the Court's Standing Order on Default Final Judgment Procedure, where there are multiple defendants and allegations of joint and several liability, or the possibility of inconsistent liability between defendants, "Plaintiff shall file a Motion to Determine Joint and Several Liability on Default." *(citing Frow v. De La Vega, 82 U.S. 552, 554 (1872); Gulf Coast Fans, Inc. v. Midwest Elecs. Imp., Inc., 740 F.2d 1499, 1512 (11th Cir. 1984))*.

13. As mentioned above, Plaintiff's Complaint asserts closely interrelated claims involving shared transactions and co-transferees (Giancarlo, Luis, and GG16). Entering a default final judgment as to liability against Defendant Giancarlo prior to the resolution of claims against Defendant Luis could create inconsistent determinations of liability regarding the same underlying transfers. Furthermore, given the entry of the Clerk's default against Giancarlo, once Luis responds to the Complaint or fails to do so, Plaintiff will be positioned to seek a final judgment in accordance with the appropriate remedies under Florida Statutes Section 726.108 or Section 726.109.

14. In addition, allowing Defendant Luis' response period to run through November 5, 2026, and resolving liability as to all co-defendants prior to moving for Default Final Judgment serves judicial economy and avoids the risk of inconsistent liability.

15. In the alternative, should the Court determine that a Motion to Determine Joint and Several Liability on Default is premature prior to a response or default by Luis, Plaintiff respectfully requests a brief extension of time to file its Motion for Default Final Judgment against


**EPGD ATTORNEYS AT LAW, P.A.**
777 SW 37th Ave., Fifth Floor, Miami, FL 33135 • T: 786-837-6787 | F: 305-239-3640

Defendant Giancarlo until seven (7) days following Defendant Luis' deadline to respond to the Complaint.

**WHEREFORE**, Plaintiff, UBank, respectfully requests that the Court enter an order: (1) determining that issues of potential inconsistent liability exist among the Defendants; or (2) in the alternative, granting Plaintiff an extension of time to file a Motion for Default Final Judgment against Defendant Giancarlo Gasparini until seven (7) days following Third-Party Defendant Luis Gasparini, Sr.'s deadline to respond to the Complaint; and (3) granting such other and further relief as the Court deems just and proper.

Dated: October 26, 2026

Respectfully submitted,

EPGD ATTORNEYS AT LAW, P.A.
*Attorneys for Plaintiff*
777 SW 37th Ave., 5th Floor
Miami, FL 33135
T: (786) 837-6787
F: (305) 718-0687
sarah@epgdlaw.com

BY: /s/ *Sarah Denis*
Sarah Denis, Esq.
Florida Bar No.: 1010695

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

BY: /s/ *Sarah Denis*
Sarah Denis, Esq.
Florida Bar No.: 1010695